**Order entered January 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01546-CV

## OKLAHOMA SURETY COMPANY, Appellant/Cross-Appellee

### V.

## STEVE NOVIELLO, ASSIGNEE OF METRO TOWNHOMES & HOMES, INC. AND METRO TOWNHOMES LIMITED PARTNERSHIP, Appellee/Cross-Appellant

**On Appeal from the 192nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. 10-00335**

## ORDER

On December 29, 2014, this Court issued its opinion and judgment in this case and ordered that appellant/cross-appellee recover the costs of this appeal from appellee/cross-appellant.

On December 31, 2014, appellant/cross-appellee filed an unopposed motion to release supersedeas bond and discharge principal and surety. Appellant/cross-appellee advised that it posted a supersedeas bond on December 16, 2013 obligating it as principal and Mid-Continent Casualty Company as surety for the compensatory damages plus costs awarded by the trial court. The supersedeas bond was not included in our appellate record. However, a copy of the filed supersedeas bond is attached to appellant/cross-appellee's motion.

We therefore **GRANT** appellant/cross-appellee's motion. We **ORDER** that the obligations of Oklahoma Surety Company as principal and Mid-Continent Casualty Company as surety on appellant/cross-appellee's supersedeas bond are **DISCHARGED**.

/s/      DAVID EVANS
            JUSTICE